IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN RICHARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIOLIN MEMORY, INC., ET AL,<br><br>　　　　Defendant. | No. C 13-05834 SI<br><br>**RECUSAL ORDER** |

　　I hereby recuse myself from hearing or determining any matters which have been assigned to me as District Judge in the above-entitled action. The Clerk of Court shall reassign this case to another District Judge.

**IT IS SO ORDERED.**

Dated: 12/18/13

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE